Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>CARLON KUNTZ,<br><br>         Defendant. | DOCKET NO. 6:13-mj-094-MJS<br><br>**NOTICE OF WITHDRAWAL OF PROBATION VIOLATION AND REQUEST TO WITHDRAWAL WARRANT**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

   Defendant, Carlon KUNTZ, was arrested September 8, 2013, in Yosemite National Park and charged with two counts in an amended criminal complaint: Count 1: possession of a controlled substance (marijuana); and Count 2: reckless driving where alcohol is a factor. KUNTZ plead guilty September 9, 2013, to Count 2, and Count 1 was dismissed. KUNTZ was sentenced to the following: pay a $1,250 fine at a rate of $100 a month, 12 months of unsupervised probation, obey all laws, and to attend and complete a DMV "wet reckless" course. A Probation Violation Hearing was set for September 29, 2014. On that date the hearing was continued to November 4, 2014 to give defense counsel time to contact KUNTZ. On October 3, 2014, the Court granted a continuance of the Hearing to February 3, 2015, in order for KUNTZ to complete the DMV wet reckless course. On February 3, 2015, KUNTZ was not present and the Government had not

1

received proof of completion of the DMV course or a statement that the fine had been paid. The court issued a Probable Cause warrant.

On February 5, 2015, the Yosemite Legal Office was informed by KUNTZ that the fine had been paid and he had completed the DMV course. The Legal Office confirmed the fine has been paid and the course has been completed.

For those reasons, the Yosemite Legal Office respectfully requests the Court to withdrawal the Probable Cause warrant in the above referenced matter, *U.S. v. Carlon Kuntz*, 6:13-mj-94-MJS, and retract the Probation Violation.

Dated: February 9, 2015          By: /s/ Matthew McNease
                                 Matthew McNease
                                 Acting Legal Officer
                                 Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

The Probable Cause warrant is withdrawn and the Probation Violation is retracted.

IT IS SO ORDERED.

Dated:   February 9, 2015          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE